IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00466-PSF-MEH

ECHOSTAR SATELLITE L.L.C., a Colorado limited liability corporation,
f/k/a Echostar Satellite Corporation,

    Plaintiff,

v.

PERSIAN BROADCASTING COMPANY, INC., upon information and belief,
a California corporation, f/k/a Atlantis Enterprises, LLC;
a/k/a PBC;
a/k/a TAPESH TV,

    Defendant.

---

## ORDER TO RESET MOTION HEARING

---

Pursuant to a telephone conference between defendant's counsel and Chambers staff, the hearing on defendant's Motion to Withdraw as Local Counsel (Dkt. # 67), currently set for October 6, 2006, is RESET to **Wednesday, October 18, at 8:30 a.m.**  Counsel for the plaintiff may attend the hearing via telephone and are DIRECTED to call Chambers at 303-335-2174 on a conference line **(no speaker, cordless or cell phones are permitted)** at the appropriate time to be forwarded to the courtroom telephone.

DATED: October 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge