# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### JUDGE PHILLIP S. FIGA

Courtroom Deputy: Valeri P. Barnes                    Date: October 18, 2006
Court Reporter: Darlene Martinez

Civil Action No. 05-cv-00466-PSF-MEH

_Parties:_                                            _Counsel:_

ECHOSTAR SATELLITE L.L.C., a Colorado                David Noll _(telephonically)_
limited liability corporation,
f/k/a Echostar Satellite Corporation,

     Plaintiff,

v.

PERSIAN BROADCASTING COMPANY, INC.,                  Andrew Hartman
upon information and belief, a California
corporation,
f/k/a Atlantis Enterprises, LLC;
a/k/a PBC;
a/k/a TAPESH TV,

     Defendant.

_____


## COURTROOM MINUTES
_____


HEARING: Motions

**8:32 a.m.**     **Court in session.**

Argument.

**ORDER:**     Motion to Withdraw as Local Counsel **(67)** is **granted.**

**ORDER:**     Amended Motion to Withdraw as Local Counsel **(75)** is **granted.**

**ORDER:**   Defendants shall have new counsel enter their appearance on or before **November 24, 2006,** or show cause why they have not obtained counsel by that time.

**ORDER:**   Mr. Hartman shall notify the defendant and co-counsel of this Court's Order.

**8:59 a.m.**   **Court in recess/hearing concluded.**

Total in-court time: 00:27.