IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00466-PSF-MEH

ECHOSTAR SATELLITE L.L.C., a Colorado limited liability corporation,
f/k/a Echostar Satellite Corporation,

    Plaintiff,

v.

PERSIAN BROADCASTING COMPANY, INC., upon information and belief,
a California corporation, f/k/a Atlantis Enterprises, LLC;
a/k/a PBC;
a/k/a TAPESH TV,

    Defendant.

## ORDER SETTING STATUS AND SCHEDULING CONFERENCE AND MOTIONS HEARING

    This matter is before the Court on review of the file. The Court notes in the Courtroom Minutes of the Final Pretrial Conference held on October 3, 2006 before the Magistrate Judge (Dkt. # 74), that the parties were "directed to contact Judge Figa's chambers immediately after this hearing to obtain a trial date." There is no record that the parties complied with that order, and no trial date has been set. The Court, therefore,

    ORDERS that a status and scheduling conference is hereby set for this matter on **Thursday, March 15, 2007 at 8:15 a.m.**, at which time a firm trial date, as well as a firm final trial preparation conference date, may be set. The Court will also hear at that time any proffered argument on the two pending motions, Plaintiff's Motion for Partial

Summary Judgment on Its Claim for Breach of Contract and Against PBC's Counterclaim (Dkt. # 46) and Plaintiff's No Evidence Motion for Summary Judgment Against Defendants' Counterclaim (Dkt. # 47).

DATED:  February 28, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge