IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00466-PSF-MEH

ECHOSTAR SATELLITE L.L.C., a Colorado limited liability corporation,
f/k/a Echostar Satellite Corporation,

    Plaintiff,

v.

PERSIAN BROADCASTING COMPANY, INC., a California corporation,
f/k/a Atlantis Enterprises, LLC, a/k/a PBC, a/k/a Tapesh TV, and
TAPESH NETWORK PERSIAN BROADCASTING COMPANY,
a California corporation,

    Defendants.

## ORDER ON STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT

This matter is before the Court on the parties' Stipulated Motion for Entry of Final Judgment (Dkt. # 115), filed on November 16, 2007. For the following reasons, the motion is denied without prejudice.

On August 30, 2007, the Magistrate Judge conducted a settlement conference in this case, at which time a settlement was reached. *See* Dkt. # 105. The next day, the Magistrate Judge entered an order (Dkt. # 104) granting a motion to withdraw as counsel that had been filed by defendants' attorney. Defendants, as corporate entities, may appear in this Court "only through licensed counsel." *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993). However, a licensed attorney has not entered an appearance on behalf of defendants since their previous attorney was permitted to

withdraw, and the president of the corporate defendants signed the motion at issue *pro se* on defendants' behalf.

The Court cannot grant a motion improperly filed by a *pro se* corporate defendant. Accordingly, the parties' Stipulated Motion for Entry of Final Judgment (Dkt. # 115) is DENIED WITHOUT PREJUDICE. The parties may refile the motion once it has been signed on defendants' behalf by a licensed attorney.

DATED: November 21, 2007.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge