IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 05-cv-00466-MSK-MEH

ECHOSTAR SATELLITE L.L.C., a Colorado limited liability corporation, f/k/a Echostar Satellite Corporation,

      Plaintiff,

v.

PERSIAN BROADCASTING COMPANY, INC., a California corporation, f/k/a Atlantis Enterprises, LLC, a/k/a PBC, a/k/a Tapesh TV, and
TAPESH NETWORK PERSIAN BROADCASTING COMPANY, a California corporation,

      Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

      The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Wednesday, January 23, 2008,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the status of this matter.

      Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

      DATED this 10th day of January, 2008.

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge