IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Case No. 05-cv-00466-MSK-MEH

ECHOSTAR SATELLITE L.L.C., a Colorado limited liability corporation, f/k/a Echostar Satellite Corporation,

       Plaintiff,

v.

PERSIAN BROADCASTING COMPANY, INC., a California corporation, f/k/a Atlantis Enterprises, LLC, a/k/a PBC, a/k/a Tapesh TV, and
TAPESH NETWORK PERSIAN BROADCASTING COMPANY, a California corporation,

       Defendants.
_____

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion for Default Judgment **(# 120)**.

The Court finds that, pursuant to Fed. R. Civ. P. 55(a), the Defendants have failed to diligently defend this action. Specifically, the Court finds that, since the advisement of the Court on November 21, 2007 **(# 116)** that the Defendant corporations could not appear *pro se* following the withdrawal of their counsel in October 2007, no new counsel has entered an appearance on behalf of the Defendants. As a result, the Defendants have failed to comply with the Magistrate Judge's deadline **(# 113)** for submission of settlement papers, and have failed to appear at a January 23, 2008 hearing set by this Court **(# 119)**. The Defendants have been served with a copy of the instant Motion for Default Judgment at their address of record pursuant to Fed. R. Civ. P. 55(b)(2), and have not responded. Accordingly, the Court enters the default of the Defendants

pursuant to Fed. R. Civ. P. 55(a).

The Plaintiff's motion requests damages in the amount of $2,305,462. That request is supported by the affidavit of Caitlin Quattromani, and the averments therein are uncontroverted. Accordingly, the Court finds that this sum represents the amount of damages suffered by the Plaintiff. In addition, the Plaintiff requests an award of attorney's fees pursuant to the terms of the parties' agreement, but does not specify the amount of the fees requested. Because the parties' agreement contemplates an award of fees, the Court grants the Plaintiff's request for a fee award, and the Plaintiff shall make a properly-supported application for fees within 14 days of the date of this Order. The Plaintiff also requests injunctive relief in the form of an injunction directing Defendant Persian Broadcasting Company to cease broadcasting on GlobeCast. The Defendant has not objected to this request for relief, and the Court finds that, based on the proceedings herein, such a request is appropriate.

Accordingly, the Plaintiff's Motion for Default Judgment **(# 120)** is **GRANTED** in its entirety. A default judgment reflecting these terms shall enter contemporaneously with this Order.

Dated this 26th day of March, 2008

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge